IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRAYON OMAR WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:17-cv-464-TFM-C |
| | ) | |
| LEON BOLLING, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION AND ORDER

On August 26, 2019, the Magistrate Judge entered a Report and Recommendation which recommends dismissal of this action as time barred. *See* Doc. 12. No objections were filed. After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** as time barred under 28 U.S.C. § 2244(d) and this action **DISMISSED with prejudice**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 23rd day of September 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE