IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAYON OMAR WASHINGTON, | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-464-TFM-C |
| LEON BOLLING, | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Leon Bolling and against Petitioner Trayon Omar Washington such that this action filed pursuant to 28 U.S.C. § 2254 is **DENIED** as time barred and **DISMISSED WITH PREJUDICE**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis.*

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 23rd day of September 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE